# EXHIBIT 1

05/26/2021  15:59    8433984942              DARLINGTON LIBRARY                    PAGE  02

 *careSOUTH* carolina

C/O IDX
PO Box 4129
Everett WA 98204

*Fax to:*
*(405) 239-2112*
*ATTN: Tyler Bean*

| To Enroll, Please Call: |
| (833) 664-2012 |
| Or Visit: |
| https://response.idx.us/caresouth-netgain-incident |
| Enrollment Code: KC5S586868 |

***************AUTO**5-DIGIT 29512

Gerald Lee


20815
0970111
Ver 1A12

May 17, 2021

## Notice of Data Breach

Dear Gerald Lee,

At CareSouth Carolina, we take seriously our responsibility to protect the privacy and security of your personal information. We are writing to tell you about an incident that involved personal information maintained by our vendor, Netgain Technology. Inc. ("Netgain"). Netgain provides online data storage and other services for CareSouth Carolina.

### What Happened

On December 1, 2020, Netgain informed CareSouth Carolina that it was investigating an IT security incident. At that time, CareSouth Carolina had no reason to believe that patient information was involved. On January 14, 2021, Netgain informed CareSouth Carolina that its investigation found that some of servers that it maintained for CareSouth Carolina were affected as part of a ransomware attack on December 3, 2020. On April 13, 2021, CareSouth Carolina received a copy of the records that Netgain believed were affected by the attack. On April 27, 2021, CareSouth Carolina completed its review of the records and determined that your information was involved.

### What Information Was Involved

CareSouth Carolina determined that the following information was not involved in this incident: your financial information (credit card and bank account numbers). CareSouth Carolina determined that the following information was involved in this incident: your name, date of birth, address, diagnosis/conditions, lab results, medications and other clinical information. For a small number of patients, Social Security numbers were involved.

### What CareSouth Carolina Is Doing

In response to this incident, we required our employees to change their passwords for the affected systems and we are implementing additional security software for our networks. We also reported this incident to the federal government and to consumer reporting agencies.

We are also offering identity theft protection services through IDX, the data breach and recovery services expert. IDX identity protection services include: 12 months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed identity theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised.

### What Netgain Is Doing

Netgain reported this incident to law enforcement and worked with cybersecurity experts to address, contain and recover from this incident. Netgain also paid a significant amount to the attacker in exchange for promises that the attacker will delete all copies of the data and that it will not publish, sell, or otherwise share the data. In addition, Netgain's

cybersecurity experts conducted dark web scans for the impacted files, but such searches have not found that any data involved in this incident has been or will be published, sold, offered for sale, or otherwise shared. Netgain also took several steps to strengthen the security of its environment following the incident.

**What You Can Do**

We encourage you to contact IDX with any questions and to enroll in free identity protection services by calling (833) 664-2012 or going to https://response.idx.us/caresouth-netgain-incident and using the Enrollment Code provided above. IDX representatives are available Monday through Friday from 9 am - 9 pm Eastern Time. Please note the deadline to enroll is August 17, 2021.

Again, at this time, there is no evidence that your information has been misused. However, we encourage you to take full advantage of this service offering. IDX representatives have been fully versed on the incident and can answer questions or concerns you may have regarding protection of your personal information.

**For More Information**

You will find detailed instructions for enrollment on the enclosed Recommended Steps document. Also, you will need to reference the enrollment code at the top of this letter when calling or enrolling online, so please do not discard this letter.

Please call (833) 664-2012 or go to https://response.idx.us/caresouth-netgain-incident for assistance or for any additional questions you may have.

Sincerely,

Ann Lewis,
CEO, CareSouth Carolina
(Enclosure)