UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD S. LEE, individually and on behalf of all others similarly situated, | Case No.: 21-CV-1144 JLS (MSB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT NETGAIN TECHNOLOGY, LLC'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| NETGAIN TECHNOLOGY, LLC; and CARESOUTH CAROLINA, INC., | |
| Defendants. | (ECF No. 9) |

Presently before the Court is the Joint Motion to Extend Time for Defendant Netgain Technology, LLC to Respond to Plaintiff's Complaint (ECF No. 9).  Good cause appearing, the Court **GRANTS** the Joint Motion.  Defendant Netgain Technology, LLC must file its response to Plaintiff's Complaint <u>on or before August 19, 2021</u>.

**IT IS SO ORDERED.**

Dated:  July 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1