Bibianne U. Fell (SBN 234194)
**FELL LAW, P.C.**
Mailing: 11956 Bernardo Plaza Dr., Box 531
San Diego, CA 92128
***Personal Service***: 402 W. Broadway, Suite 950
San Diego, CA 92101
Telephone: (858) 201-3960
Facsimile: (858) 201-3966
*bibi@fellfirm.com*

William B. Federman*
Oklahoma Bar No. 2853
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
*wbf@federmanlaw.com*
*Admitted *Pro Hac Vice*

*Counsel for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald S. Lee, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>Netgain Technology, LLC, and CareSouth Carolina, Inc.<br><br>Defendants. | Case No.: 3:21-cv-01144-JLS-MSB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT CARESOUTH CAROLINA, INC., WITHOUT PREJUDICE** |

COMES NOW Plaintiff Gerald S. Lee and, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses, without prejudice, his claims in the above-captioned action against Defendant CareSouth Carolina, Inc., with each party to bear his or its own attorney's fees and costs.

DATED:  August 16, 2021                    _/s/ Bibianne U. Fell_____
                                           Bibianne U. Fell, Esq.
                                           Attorneys for Plaintiffs

PLAINTIFFS' NOTICE VOLUNTARY DISMISSAL OF CLAIMS AGAINST
CARESOUTH, INC., WITHOUT PREJUDICE