Michaela Battista Sozio, Esq. (SBN 179148)
Email: msozio@tresslerllp.com
TRESSLER LLP
6100 Center Drive, Suite 1175
Los Angeles, CA 90045
Telephone: (310) 203-4800
Facsimile: (323) 486-2704

Attorneys for Defendant
Netgain Technology, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald S. Lee, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>    Plaintiff,<br><br>v.<br><br>Netgain Technology, LLC, and CareSouth Carolina, Inc.,<br><br>    Defendants. | No. 21-cv-1144-JLS-MSB<br><br>**DECLARATION OF JAMIE GLEASON IN SUPPORT OF DEFENDANT NETGAIN TECHNOLOGY, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:    September 30, 2021<br>Time:    1:30 p.m.<br>Courtroom:  4D |

I, Jamie Gleason, under penalty of perjury, declare as follows:

1.    I am competent to testify to the matters stated herein, which are based upon my personal knowledge.

2.    I am the Vice President of Finance at Netgain Technology, LLC ("Netgain"). Netgain is a Delaware limited liability company with its principal place of business in St. Cloud, Minnesota.

3.    Netgain's principal place of business is in St. Cloud, Minnesota.

1

4. Netgain has a satellite office in San Diego, California.

5. Netgain does not store any customers' personal information data at its California office, including any data associated with Plaintiff Gerald S. Lee or Defendant CareSouth Carolina, Inc. ("CareSouth").

6. Netgain's California office is staffed by only a few employees who are responsible for IT services for customers not including CareSouth.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Executed on July 29, 2021 in Hennepin County, Minnesota.

By: */s/ Jamie Gleason*
Jamie Gleason

LA#4847-3689-1126

2

DECLARATION OF JAMIE GLEASON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION
Case No. 21-cv-1144-JLS-MSB

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, a copy of foregoing **DECLARATION OF JAMIE GLEASON IN SUPPORT OF DEFENDANT NETGAIN TECHNOLOGY, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                   ____/s/  *Michaela Battista Sozio*____
                                      Michaela Battista Sozio