UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD S. LEE, *individually and on behalf of all others similarly situated and on behalf of the general public*,<br><br>Plaintiff,<br><br>v.<br><br>NETGAIN TECHNOLOGY, LLC,<br><br>Defendant. | Case No.: 21-cv-01144-JLS-MSB<br><br>**ORDER: (1) VACATING MOTION HEARING; AND (2) DENYING AS MOOT JOINT MOTION TO CONTINUE**<br><br>**[ECF No. 15]** |

Presently before the Court is Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 12). The Court hereby **VACATES** the Motion Hearing scheduled for September 30, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the parties' Joint Motion to Extend the Motion to Dismiss (ECF No. 15), wherein the parties request a continuance of the September 30, 2021 Motion Hearing, is hereby **DENIED as moot**.

**IT IS SO ORDERED.**

Dated: September 23, 2021

Hon. Janis L. Sammartino
United States District Judge

1

21-cv-01144-JLS-MSB