

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald S. Lee<br><br>Plaintiff,<br>V.<br><br>Netgain Technology, LLC<br><br>Defendant. | Civil Action No. 21-cv-01144-LL-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Netgain's motion to dismiss for lack of personal jurisdiction [ECF No. 12] is GRANTED. Plaintiff's Complaint is DISMISSED with prejudice and without leave to amend. Plaintiff's request for jurisdictional discovery is DENIED. Case is closed.

Date:   4/1/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D.Frank
                                        D.Frank, Deputy